MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00076-EMC |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 22, 2012, TO APRIL 4, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | |
| DELFINO MORA-RIVERA, | |
| Defendant. | |

    On February 22, 2012, the parties appeared before the Court for a status conference.  At the status conference, defense counsel requested additional time to review discovery in the case. The Court set the matter for a status conference on April 4, 2012.

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 22, 2012, through April 4, 2012.

    The parties agree, and the Court finds and holds, as follows:

    1.  The defendant agrees to an exclusion of time under the Speedy Trial Act from February 22, 2012, through April 4, 2012, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to continue discovery review.  The

1  defendant agrees to this exclusion on the condition that his right to bring motions claiming
2  Speedy Trial Act violations prior to February 22, 2012, shall remain preserved.
3      2. Counsel for the defense believes that the exclusion of time is in his client's best
4  interest.
5      3. Given these circumstances, the Court finds that the ends of justice served by excluding
6  the period from February 22, 2012, through April 4, 2012, outweigh the best interest of the
7  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
8      4. Accordingly, and with the consent of the defendant, the Court orders that the period
9  from February 22, 2012, through April 4, 2012, shall be excluded from Speedy Trial Act
10 calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: February 23, 2012          _____/s_____
                                  ARTURO HERNANDEZ
                                  Attorney for Defendant

DATED:  February 23, 2012         _____/s_____
                                  AARON D. WEGNER
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/28/12                    _____
                                  HON. _____
                                  United S____



2