1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney

5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: aaron.wegner@usdoj.gov

8
   Attorneys for the United States

9

10                       UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )     No. CR 12-00076-EMC
                                     )
14       Plaintiff,                  )     [PROPOSED] ORDER AND
                                     )     STIPULATION EXCLUDING TIME
15       v.                          )     FROM APRIL 4, 2012, TO MAY 9, 2012,
                                     )     FROM THE SPEEDY TRIAL ACT
16  DELFINO RIVERA-MORA,             )     CALCULATION (18 U.S.C.
                                     )     § 3161(h)(7)(A))
17       Defendant.                  )
                                     )
18

19       On April 4, 2012, the parties appeared before the Court for a status conference.  At the

20  status conference, defense counsel requested additional time to review discovery in the case.  The

21  Court set the matter for a status conference on May 9, 2012.

22       With the agreement of the parties, and with the consent of the defendant, the Court enters

23  this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

24  from April 4, 2012, through May 9, 2012.

25       The parties agree, and the Court finds and holds, as follows:

26       1.  The defendant agrees to an exclusion of time under the Speedy Trial Act from

27  April 4, 2012, through May 9, 2012, based upon the need for effective preparation of counsel and

28  to provide the defendant an opportunity to continue discovery review.  The defendant agrees to

1   this exclusion on the condition that his right to bring motions claiming Speedy Trial Act

2   violations prior to April 4, 2012, shall remain preserved.

3         2.  Counsel for the defense believes that the exclusion of time is in his client's best

4   interest.

5         3.  Given these circumstances, the Court finds that the ends of justice served by excluding

6   the period from April 4, 2012, through May 9, 2012, outweigh the best interest of the public and

7   the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8         4.  Accordingly, and with the consent of the defendant, the Court orders that the period

9   from April 4, 2012, through May 9, 2012, shall be excluded from Speedy Trial Act calculations

10  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

11

12  IT IS SO STIPULATED:

13

14  DATED: April 30, 2012                          _____/s_____
                                                   ARTURO HERNANDEZ
15                                                 Attorney for Defendant

16

17  DATED: April 30, 2012                          _____/s_____
                                                   AARON D. WEGNER
18                                                 Assistant United States Attorney

19

20  IT IS SO ORDERED.

21                       May 1, 2012
     DATED:_____                       _____
22                                                 HON. EDWARD M.  CHEN
                                                   United States District
23

24

25

26

27

28



2